IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| GARLAND W. KING, | ) | |
|---|---|---|
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 9-406 |
| JOHN YOST, WARDEN, | ) ) | CHIEF JUDGE AMROSE MAGISTRATE JUDGE BISSOON |
| Respondent. | ) ) | |

## MEMORANDUM ORDER

Garland W. King's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 was received by the Clerk of Court on April 7, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on April 14, 2009, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner King be dismissed. The parties were allowed ten days from the date of service to file objections. King filed objections on April 30, 2009 (Doc. 5).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this _12th_ day of _May_, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas

Corpus filed by Garland W. King is dismissed.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 4), dated April 14, 2009, is adopted as the opinion of the court.

s/Donetta Ambrose
Donetta Ambrose
Chief U.S. District Court Judge

cc:
GARLAND W. KING
41517-037
FCI Loretto
PO Box 1000
Loretto, PA 15940